**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | |
|---|---|
| IN RE: | Chapter 7 |
| TIMOTHY JACKSON and | Case No. 11-60185 |
| BETTY JACKSON | Judge Joseph M. Scott, Jr. |
| Debtors | |
| WHITAKER BANK, INC. | |
| Plaintiff | |
| vs. | Adversary Proceeding No. 11-6011 |
| TIMOTHY JACKSON and | |
| BETTY JACKSON; and | |
| FIFTH THIRD MORTGAGE COMPANY | |
| Defendants | |

**MEMORANDUM OPINION AND ORDER**

This matter is before the Court pursuant to Whitaker Bank, Inc.'s objection to Exhibits B, C, and D of the Debtor Defendants (Doc. 28). Exhibits B and C are the Knox County 2010 property tax statement and the PVA Assessment card. Whitaker Bank objects to these exhibits because they are hearsay unless a person from the Knox County PVA's office or the tax office appears as a witness in Court to testify as to how they arrived at the assessment. The Court, however, finds that Exhibits B and C are public records and reports, and pursuant to Rule 803(8), public records and reports are excepted from the rule against hearsay even if the declarant is available as a witness. Fed. R. Evid. 803(8).

Whitaker Bank also argues that the information contained in Exhibits B and C is irrelevant because the Debtor Defendants have obtained an appraisal report with a different valuation. However, as acknowledged by Whitaker Bank, these reports contain different assessments of value. They are therefore relevant to the determination of value.

      Lastly, Whitaker Bank objects to Exhibit D, which is a comparative market analysis by Bob Siler. Again, the basis for Whitaker Bank's objection is that Exhibit D is hearsay and unreliable because Mr. Siler is a real estate broker rather than a certified appraiser. Whitaker Bank argues that the market analysis would give a contradictory and unreliable valuation of the property because the Debtor Defendants have already submitted an appraisal by a certified appraiser. However, Mr. Siler's qualifications as an expert and his ability to give valuation testimony will be addressed at trial upon the voir dire of Mr. Siler.

      Because Exhibits B and C are public records and contain relevant information, and the admissibility of Exhibit D will be determined at trial, IT IS HEREBY ORDERED that Whitaker Bank's objection to the Debtor Defendant's exhibits is OVERRULED.

Copies to:

Leroy A. Gilbert, Jr., Esq.

Wesley R. Tipton, Esq.

J.R. Wesley Hoskins, Esq.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Joseph M. Scott, Jr.*
**Bankruptcy Judge
Dated: Thursday, August 18, 2011
(jms)**